

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 26, 2021

<u>By ECF and e-mail</u>
Hon. John P. Cronan
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:  *Desai v. Jaddou*, No. 21-cv-5468 (JPC)[1]

Dear Judge Cronan:

    This Office represents the government in the above-referenced matter in which plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed in adjudicating her Application for Employment Authorization (Form I-765) and Application for Travel Document (I-131).  I write respectfully, with the consent of plaintiff's counsel, to request that the Court adjourn the initial pre-trial conference, which is currently scheduled for September 2, 2021 at 10:00 a.m., *sine die*.  The adjournment is requested because tomorrow (the deadline to respond to the complaint), the government intends to submit a pre-motion letter for its anticipated motion to dismiss based on lack of jurisdiction and failure to state a claim pursuant to Rule 6.A of this Court's Individual Rules.  The parties have conferred on a briefing schedule for the anticipated motion to dismiss briefing, and in light of the fact that the parties anticipate entering into briefing shortly, the government respectfully respects the adjournment of the conference.  This is the government's first request for an adjournment of the initial pre-trial conference, and as explained above, plaintiff's counsel consents to this request.

    I thank the Court for its consideration of this request.

Defendant's request is granted. The IPTC scheduled for September 2, 2021 is adjourned *sine die*.

SO ORDERED. Date:
August 27, 2021
    New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

  s/    Rebecca R. Friedman
REBECCA R. FRIEDMAN
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel:    (212) 637-2614
Rebecca.Friedman@usdoj.gov

---

[1] Ur M. Jaddou is automatically substituted for Tracy Renaud.  *See* Fed. R. Civ. P. 25(d).